Richard F. McGinty, OSB #86071
richard@mcginty-belcher.com
McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
Tel.: (503) 371-9636
Fax: (503) 371-2879
Attorneys for Plaintiff

FILED'10 JUN 28 13:41 USDC-ORP

# UNITED STATES DISTRICT COURT

## THE DISTRICT OF OREGON

JOHN M. GARRETT,

        Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner, Social Security,

        Defendant.

Civil Action No. 10-06101-HA

ORDER OF DISMISSAL

Based upon Plaintiff's motion, Plaintiff's motion not being opposed by Defendant, this matter is hereby DISMISSED.

IT IS SO ORDERED.

Dated THIS 28 day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE